UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
a Delaware corporation, as
Court-Ordered Assignee of
Texas Eastern Overseas, Inc.,

    Plaintiff,

                                NO. CIV. S-12-2476 LKK/JFM

    v.

CENTRAL NATIONAL INSURANCE
COMPANY OF OMAHA, a Nebraska            O R D E R
corporation; and GRANITE
STATE INSURANCE COMPANY,
a New Hampshire corporation,

    Defendants.
_____/

    Plaintiff AmeriPride Services, Inc. ("AmeriPride") brings this action against defendant insurers to seek enforcement of a judgment entered for Plaintiff in a related CERCLA action.

    Pending before the court is a motion to dismiss, strike punitive damages or, in the alternative, stay, brought by Defendant Central National Insurance Company of Omaha ("Central National") and Granite State Insurance Company ("Granite State"), ECF Nos. 10, 14, which Plaintiff opposes, ECF No. 22.

1

1  The court declines to rule on this matter before any appeals
2  to the Ninth Circuit in the underlying action have been resolved.
3  This action is therefore STAYED pending resolution of <u>AmeriPride
4  Services, Inc. v. Valley Industrial Services, Inc., et al.</u>, No.
5  2:00-cv-00113, upon appeal.
6  Defendants' motion to dismiss, ECF Nos. 10, 14, is DENIED,
7  subject to re-filing after any appeals in the underlying action
8  have been exhausted.
9  Defendants have argued that the final order appointing a
10 receiver for TEO precludes the possibility that the receiver will
11 be empowered to bring suit in the name of TEO.  This stay shall not
12 preclude Plaintiff AmeriPride from filing a petition with the
13 Delaware Chancery Court to clarify the scope of the final order
14 appointing a receiver for TEO, or in the alternative, to modify the
15 same.
16 The parties SHALL notify the court when any appeals in the
17 underlying case have been exhausted.
18 IT IS SO ORDERED.
19 DATED: December 17, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT