BRIAN L. ZAGON (SBN 142403)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870

LEE N. SMITH (SBN: 138071)
COLEMAN & HOROWITT
499 W Shaw Ave., Ste. 116
Fresno, CA 93704-2516
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff AMERIPRIDE SERVICES INC.

JOHN C. CONWAY (SBN 179301)
AIWASIAN & ASSOCIATES
725 S. Figueroa Street, Suite 1050
Los Angeles, CA 90017
Telephone: (213) 233-9650
Facsimile: (213) 233-9651

Attorneys for Defendant
CENTRAL NATIONAL INSURANCE COMPANY
OF OMAHA

KENNETH H. SUMNER (SBN 178618)
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 Powell Street, Suite 830
Emeryville, CA 94608
Telephone: (415) 352-6200
Facsimile: (415) 352-6224

Attorneys for GRANITE STATE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, et al.<br><br>Defendants. | Case No. 2:12-cv-02476-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff AmeriPride Services Inc. and Defendants Central National Insurance Company of Omaha and Granite State Insurance Company stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: December 27, 2017    AIWASIAN & ASSOCIATES

By: /s/ John C. Conway
JOHN C. CONWAY
Attorneys for Defendant
CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA

Dated: December 27, 2017    SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By: /s/ Kenneth H. Sumner
KENNETH H. SUMNER
Attorneys for Defendant
GRANITE STATE INSURANCE COMPANY

Dated: December 27, 2017    HUNSUCKER GOODSTEIN PC

By: /s/ Brian L. Zagon
BRIAN L. ZAGON
Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

Dated: December 27, 2017    COLEMAN & HOROWITT

By: /s/ Lee N. Smith
LEE N. SMITH
Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE